**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN WONDERLY., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:16-cv-01621 LJO JLT <br><br> ORDER TO SHOW CAUSE WHY THE SHOULD NOT BE RELATED AND/OR CONSOLIDATED |
| MARK ASHLEY, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:16-cv-01638 DAD JLT |

Darren Wonderly and Mark Ashley bring similar claims against the same defendants in separate cases before this Court. The only difference in the actions is that Darren Wonderly alleges he is a Sheriff's Deputy while Mark Ashley alleges he is a Sheriff's Detention Deputy. Other than this, the allegations of the complaints and the claims are identical and counsel in both cases are identical.

Therefore, the Court **ORDERS** the parties to show cause in writing, (1) why the actions

1

should not be related and/or consolidated.  The parties **SHALL** file briefs, limited to 10 pages in length, addressing the issues **no later than December 28, 2016**.

IT IS SO ORDERED.

    Dated: **December 7, 2016**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE