**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN WONDERLY., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:16-cv-01621 LJO JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE <br><br> ORDER RELATING AND REASSIGNING CASES |
| MARK ASHELY, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DONNY YOUNGBLOOD, et al., <br><br> Defendants. | Case No.: 1:16-cv-01638 DAD JLT <br><br> Old Case No.: 1:16-cv-01638 DAD JLT <br> New Case No.: 1:16-cv-01638 LJO JLT |

On December 7, 2016, the Court ordered the parties to show cause why these matters should not be consolidated due to the similarity of issues raised in the complaints. The parties have responded and assert that the matters should not be consolidated. The Court does not, necessarily, agree but will reserve ruling on this question until a later date, if it becomes appropriate.

In the meanwhile, clearly the matters are related, as that term is defined in Local Rule 123. The

actions involve overlapping questions of law and are based on the same or similar claims. Assignment to the same judicial officers is likely to effect a substantial savings of judicial effort.  Thus, the Court **ORDERS**:

    1.    The cases noted above **SHALL** be related;

    2.    The Office of the Clerk shall relate the cases <u>Wonderly v. Youngblood</u>, Case No. 1:16 cv-01621 LJO JLT and <u>Ashely v. Youngblood</u>, Case No. 1:16-cv-01638 DAD JLT and reassign the latter matter to Chief District Judge Lawrence J. O'Neill.   In the <u>Ashely</u> matter, counsel SHALL use the new case number, 1:16-cv-01638 LJO JLT.

IT IS SO ORDERED.

Dated:   **December 29, 2016**              **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE