GREGORY G. PETERSEN (SBN 77744)
DEREK J. VANDEVIVER  (SBN 227902)
GREGORY G. PETERSEN
A Law Corporation
1700 E. Garry Avenue, Suite 101
Santa Ana, California  92705
Telephone:      (949) 864-2000
Facsimile:       (949) 640-8983
Email: Greg@LawNet.com
            Derek@LawNet.com

Attorneys for Plaintiffs

JACKSON LEWIS P.C.
CEPIDEH ROUFOUGAR (SBN 225206)
50 California Street, 9th Floor
San Francisco, California 94111
Telephone:      (415) 394-9400
Facsimile:       (415) 394-9401
Email: cepideh.roufougar@jacksonlewis.com

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:      (916) 341-0404
Facsimile:       (916) 341-0141
Email: austinn@jacksonlewis.com
            evan.beecher@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WONDERLY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.<br><br>Defendants. | CASE NO.  1:16-cv-01621-LJO-JLT<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**<br><br>(Doc. 27) |

Counsel for the parties have met and conferred in good faith to discuss the case management issues mandated under Federal Rules of Civil Procedure 26(f).  Counsel for the

1

parties agree that they and the Court would benefit if the parties had additional time to meet and confer. Also, counsel for Plaintiff has a pre-scheduled vacation set for February 13, 2017 through February 27, 2017.

For those reasons, the parties agree that rescheduling the Mandatory Scheduling Conference to occur no earlier than March 1, 2017 will give the parties sufficient time to explore their respective positions and further meet and confer to prepare a Joint Scheduling Statement required by the Court's Order Setting Mandatory Scheduling Conference and making the conference more meaningful.

The parties request that the Court reschedule the Mandatory Scheduling Conference currently scheduled for January 31, 2017 be continued to March 1, 2017 or a later date convenient for the Court.

Dated:  January 20, 2017               GREGORY G. PETERSEN, LAW
                                       CORPORATION

                                       By: */s/ Gregory G. Petersen (authorized 01.20.17)*
                                           GREGORY G. PETERSEN
                                           DEREK J. VANDEVIVER

                                       Attorneys for Plaintiff
                                       DARREN WONDERLY

Dated:  January 20, 2017               JACKSON LEWIS P.C.

                                       By: */s/ Nathan W. Austin*
                                           NATHAN W. AUSTIN
                                           EVAN D. BEECHER

                                       Attorneys for Defendants
                                       COUNTY OF KERN, SHERIFF DONNY
                                       YOUNGBLOOD, MICK GLEASON, ZACK
                                       SCRIVNER, MIKE MAGGARD, DAVID
                                       COUCH, LETICIA PEREZ, JORDAN
                                       KAUFFMAN, MARY B. BEDARD

///

///

///

///

///

**ORDER**

The stipulation of counsel is **GRANTED**.  The scheduling conference is continued to March 1, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **January 23, 2017**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE