# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WONDERLY, individually and behalf of those similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>         Defendants. | Case No.: 1:16-cv-01621- JLT<br><br>ORDER GRANTING OF PRELIMINARY APPROVAL OF THE NOTICE OF ELIGIBILITY TO PARTICIPATE IN A COLLECTIVE ACTION AND CONSENT FORM<br><br>ORDER DIRECTING PLAINTIFF TO FILE A FINALIZED NOTICE AND CONSENT FORM |

      On April 13, 2018, the parties filed a stipulated "Notice of Eligibility to Participate in a Collective Action" and proposed Consent Form. (Doc. 64) The Fair Labor Standards Act authorizes collective actions, but limits participation in the action by providing in relevant part: "No employee shall be a party plaintiff to any such action unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought." 29 U.S.C. § 216(b).

      Here, the proposed notice includes information concerning the nature of the action, the claims presented by Plaintiff; how to opt-in to the action; the effects of joining or not joining the lawsuit, including binding effects of judgment; and the applicable deadlines. (Doc. 65 at 1-4) Thus, Court finds the proposed notice contains sufficient information for individuals to make informed decisions regarding whether to join the action as plaintiffs. *See Clesceri v. Becah City Investigations & Protective Servs.*, 2011 WL 320998 (C.D. Cal. Jan. 27, 2011) ("notice under the FLSA must inform potential class members of the opt-in procedures and of the binding effect, on those who opt-in, of the judgment or settlement"). Further, the parties have provided a form for the individuals to affirmatively

indicate their consent in writing, as required by 29 U.S.C. § 216(b). (*Id.* at 5) However, the parties must amend the forms to include the specific dates for mailing and the applicable deadline for completing and returning the consent form.

Pursuant to the stipulation of the parties, the Court **ORDERS**:

1. Preliminary approval of the "Notice of Eligibility to Participate in a Collective Action" and proposed Consent Form is **GRANTED**;

2. Plaintiff **SHALL** file a finalized Notice and Consent Form no later than **May 4, 2018** including the following deadlines:

    a. The Notice and Consent Form **SHALL** be mailed to potential opt-in plaintiffs no later than **May 25, 2018**; and

    b. Any individuals seeking to opt-in to the action must complete and file the consent form no later than **August 8, 2018**.

3. The parties are advised the failure to comply with this Order may result in the imposition of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **April 17, 2018**               **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE