1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   DARREN WONDERLY, individually and      )   Case No.: 1:16-cv-01621 JLT
     behalf of those similarly situated,       )
12                                              )   ORDER GRANTING FINAL APPROVAL OF
                    Plaintiffs,                 )   THE  NOTICE OF ELIGIBILITY TO
13                                              )   PARTICIPATE IN A COLLECTIVE ACTION
            v.                                  )   AND CONSENT FORM
14                                              )
     SHERIFF DONNY YOUNGBLOOD, et al.,          )
15                                              )
                    Defendants.                 )
16   _____ )

17          Previously, the Court granted preliminary approval of the "Notice of Eligibility to Participate

18   in a Collective Action" and proposed Consent Form, and directed Plaintiff to file a finalized document

19   with the deadlines identified by the Court.  (Doc. 68)  On May 4, 2018, Plaintiff filed the final Notice

20   and Consent Form that will be mailed to the potential opt-in plaintiffs.  (Doc. 69)

21          The finalized document includes identifies the nature of the action, the claims presented by

22   Plaintiff; how to opt-in to the action; the effects of joining or not joining the lawsuit, including binding

23   effects of judgment; and the applicable deadlines.  (Doc. 69 at 1-4)  Thus, the notice contains sufficient

24   information for individuals to make informed decisions regarding whether to join the action.  *See*

25   *Clesceri v. Beach City Investigations & Protective Servs.*, 2011 WL 320998 (C.D. Cal. Jan. 27, 2011)

26   ("notice under the FLSA must inform potential class members of the opt-in procedures and of the

27   binding effect, on those who opt-in, of the judgment or settlement").  Further, the parties provided a

28   form for individuals to affirmatively indicate their consent to join as plaintiffs in writing, as required by

                                              1

29 U.S.C. § 216(b).   (Doc. 69 at 5)

Accordingly, the Court **ORDERS**:

1.   Final approval of the "Notice of Eligibility to Participate in a Collective Action" and proposed Consent Form is **GRANTED**; and

2.   The Notice and Consent Form **SHALL** be mailed to potential opt-in plaintiffs no later than **May 25, 2018**.

IT IS SO ORDERED.

Dated:   **May 8, 2018**                            **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE