MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN 235367)
KATHERINE J. ODENBREIT (SBN 184619)
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400
Email: kmahoney@mahoney-law.net
kodenbreit@mahoney-law.net

Attorneys for Plaintiff
DARREN WONDERLY

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
EVAN D. BEECHER (SBN 280364)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: austinn@jacksonlewis.com
evan.beecher@jacksonlewis.com

Attorneys for Defendant
SHERIFF DONNY YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WONDERLY, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>Defendants. | CASE NO. 1:16-cv-01621-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE STAY**<br>(Doc. 104) |

1

Joint Stipulation to Stay Proceedings and Vacate  *Darren Wonderly v. Sheriff Donny Youngblood, et al.*
Future Hearing Dates; [Proposed] Order                              Case No. :16-CV-01621-JLT

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court ORDERS:

1. To allow the settlement to be considered by the Kern County Board of Supervisors, the stay is extended to September 30, 2021.

2. No later than September 20, 2021, the parties SHALL file a joint status report regarding the settlement or, if the case is not settled, they SHALL file a proposed amended scheduling order.

All other provisions of the Court's May 20, 2021 order (Doc. 103) remain in place.

IT IS SO ORDERED.

Dated: __**June 30, 2021**__   _____ **/s/ Jennifer L. Thurston**
                               CHIEF UNITED STATES MAGISTRATE JUDGE