UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WONDERLY, individually and on behalf of those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-01621-LJO-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING FURTHER STIPULATION TO EXTEND THE STAY**<br>(Doc. 106) |

　　To allow the parties to finalize their settlement, the Court ORDERS:

　　1.　　The stay is extended to November 4, 2021.

　　2.　　No later than November 4, 2021, the parties SHALL file a joint status report regarding the settlement or, if the case is not settled, they SHALL file a proposed amended scheduling order.

　　All other provisions of the Court's May 20, 2021 order (Doc. 103) remain in place.

IT IS SO ORDERED.

　　Dated:　**September 20, 2021**　　　　　　　　　　　　　／s／ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE