1  MAHONEY LAW GROUP, APC
   KEVIN MAHONEY (SBN 235367)
2  KATHERINE J. ODENBREIT (SBN 184619)
   249 East Ocean Boulevard, Suite 814
3  Long Beach, CA 90802
   Telephone:   (562) 590-5550
4  Facsimile:   (562) 590-8400
   Email: *kmahoney@mahoney-law.net*
5          *kodenbreit@mahoney-law.net*

6  Attorneys for Plaintiff
   DARREN WONDERLY

7

8  JACKSON LEWIS P.C.
   NATHAN W. AUSTIN (SBN 219672)
9  EVAN D. BEECHER (SBN 280364)
   400 Capitol Mall, Suite 1600
10 Sacramento, California 95814
   Telephone:   (916) 341-0404
11 Facsimile:   (916) 341-0141
   Email: *nathan.austin@jacksonlewis.com*
12         *evan.beecher@jacksonlewis.com*

13 Attorneys for Defendant
   SHERIFF DONNY YOUNGBLOOD
14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  DARREN WONDERLY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>19         Plaintiff,<br><br>20     vs.<br><br>21  SHERIFF DONNY YOUNGBLOOD AND DOES 1 through 50,<br><br>22         Defendants. | CASE NO.  1:16-cv-01621-JLT<br><br>**JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER**<br>**(Doc. 108)** |

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

The parties to the above-captioned action, by and through their attorneys of record, hereby enter into the below stipulation with regard to the following facts and circumstances:

WHEREAS, Plaintiff DARREN WONDERLY ("Plaintiff"), filed a complaint against Defendant, SHERIFF DONNY YOUNGBLOOD, ("Defendant") on or about October 26, 2016;

WHEREAS, on June 30 and September 21, 2021, the Court granted the Parties' request to stay the proceedings and vacate future dates in order for the Kern County Board of Supervisors to authorize a proposed Settlement between the Parties and for the Parties to prepare settlement documents;

WHEREAS, the Kern County Board of Supervisors has authorized the Parties to settle the claims;

WHEREAS, the Parties have largely finalized settlement documents and will be obtaining the signatures of the parties shortly;

THEREFORE, the Parties agree to continue a stay of the case in order to file the settlement documents and present to the Court a motion for approval of the Settlement.

IT IS STIPULATED THAT:

1. In order to preserve judicial economy, as well as prevent any unnecessary litigation costs to Plaintiff and Defendant, all proceedings, including but not limited to written discovery, depositions, subpoena of records, all motions and hearings, and all deadlines related to motions and hearings, be stayed pending the parties submitting a Joint Stipulation of Settlement to the Court for approval;

2. If the proposed Joint Stipulation of Settlement is not ultimately approved by the Court, this stipulation shall no longer be binding, and the case shall proceed per applicable Federal Rules of Civil Procedure and the local rules of the United States District Court of the Eastern District of California.  In this event, the current deadlines will be reset by the Order of the Court to avoid prejudice to any parties.

3. The Parties will submit the Joint Stipulation of Settlement to the Court by December 10, 2021.

///

2

Joint Stipulation to Continue Stay of Proceedings;   *Darren Wonderly vs. Sheriff Donny Youngblood, et al.*
[~~Proposed~~] Order                                  Case No. :16-CV-01621-JLT

4. Nothing in this Stipulation and Order is intended to limit or waive any rights the Parties may have.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 4, 2021 | MAHONEY LAW GROUP, APC |
| | By: */s/ Katherine J. Odenbreit* (as authorized on 11.04.21)<br>KEVIN MAHONEY<br>KATHERINE J. ODENBREIT |
| | Attorneys for Plaintiff<br>DARREN WONDERLY |
| Dated: November 4, 2021 | JACKSON LEWIS P.C. |
| | By: */s/ Nathan W. Austin*<br>NATHAN W. AUSTIN<br>EVAN D. BEECHER |
| | Attorneys for Defendant<br>SHERIFF DONNY YOUNGBLOOD |

3

Joint Stipulation to Continue Stay of Proceedings; [~~Proposed~~] Order

*Darren Wonderly vs. Sheriff Donny Youngblood, et al.*
Case No. :16-CV-01621-JLT

## **ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court ORDERS:

1. The Parties are to submit their motion for approval of the settlement and Joint Stipulation of Sentiment no later than December 10, 2021.

IT IS SO ORDERED.

Dated:   **November 5, 2021**            _/s/ Jennifer L. Thurston_
                                                                        CHIEF UNITED STATES MAGISTRATE JUDGE

4

Joint Stipulation to Continue Stay of Proceedings; [Proposed] Order

*Darren Wonderly vs. Sheriff Donny Youngblood, et al.*
Case No. :16-CV-01621-JLT